

# NUMBER 13-25-00284-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ADUSA DISTRIBUTION, LLC AND
ADUSA TRANSPORTATION, LLC,**                    **Appellants,**

**v.**

**WILLIAM S. AYALA PASCACIO
AND RICARDO GONZALEZ,**                    **Appellees.**

---

## ON APPEAL FROM THE 464TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

### Before Justices Silva, Peña, and West
### Memorandum Opinion by Justice West

This matter is before the Court on appellants' unopposed motion to dismiss appeal. On July 3, 2025, we abated the appeal to allow the parties to finalize a settlement agreement. The parties have now disposed of the claims relating to the appellants, rendering this appeal moot. Accordingly, appellants request that the appeal be dismissed.

The Court, having considered the unopposed motion, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a)(1). Therefore, we reinstate the case, grant

appellants' unopposed motion to dismiss appeal, and dismiss the appeal. All costs are taxed against the appellants. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

JON WEST
Justice

Delivered and filed on the
30th day of October, 2025.